11090140
$13.37
6/28/10

**JOHN H. RING, III**
ATTORNEY AT LAW
385 CLEVELAND DRIVE
BUFFALO, NEW YORK 14215

June 25, 2010

TEL: (716) 831-1994

U.S. Bankruptcy Court, WDNY
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, NY 14202-2501



Re: Cheryl A. Cacciatore
Bk. No. 04-11697K

Dear Sir/Madam:

Enclosed herewith please find a Statement of Unclaimed Funds in regards to the Bankruptcy Estate of Cheryl A. Cacciatore.

Please note that when the original check in this case became stale dated. The Trustee located a new address and re-issued the check to the creditor which was sent to the creditor. To date, the same has not been returned to my office and has not been cashed. Therefore, I have stopped payment on this check since it is beyond the 90 day period and I am enclosing the Estate of Cheryl A. Cacciatore's check no. 10118 in the amount of $13.37 made payable to the U.S. Bankruptcy Court which represents the total due in this matter.

The following is the name and address for creditors and the amount they are entitled to receive from the Bankruptcy Estate of Randy L. Harrier, Sr.

    Claim No. 1 - MCI                                         $13.37
                PO Box 4452
                Bridgeton, MO 63045

If you have any questions or problems, please feel free to contact the undersigned. Thank you for your courtesy and cooperation in this matter.

Very truly yours,

JOHN H. RING, III

JHR/pls
Enc.



UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

CACCIATORE, CHERYL A.

Debtor.

Chapter 7

Case No. 04-11697 MJK

**STATEMENT OF
UNCLAIMED DIVIDENDS**

| Claim No. | Creditor Name and Address | Amount Allowed | Dividend |
|---|---|---|---|
| 9 | MCI<br>P.O. Box 4452<br>Bridgeton, MO 63045 | $74.31 | $13.37 |

**TOTAL UNCLAIMED DIVIDENDS:** $ 13.37

Dated: June 25, 2010

_____
JOHN H. RING III
Trustee
385 CLEVELAND DR.
CHEEKTOWAGA, NY 14215
(716) 831-1994



FILED
JUN 28 2010
BANKRUPTCY COURT
BUFFALO, N.Y.